IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees of the Ohio : 
Laborers' Fringe Benefit
Programs,                        :

       Plaintiffs,           :

  v.                              :     Case No. 2:06-cv-0490

Beaverdam Contracting, Inc.,     :     JUDGE SMITH
et al.,
                                  :
       Defendants.

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 12, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The Court finds that defendants have committed violations of this Court's prior orders and, as a sanction, it imposes attorneys' fees in the amount of $1,267.50, to be paid within thirty days. The time for compliance with the Court's order directing defendants to obtain a bond to secure their financial obligation to plaintiff is extended for sixty days.

                                              /s/ George C. Smith
                                              George C. Smith
                                              United States District Judge